IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS WATERS a/k/a AFENI SHAKUR,** | : | |
| Plaintiff | : | No. 1:23-cv-01018 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **J. GRIZZANTI, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 26th day of November 2025, in accordance with accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b); and

2. The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania